**UNITED STATES of America,**
**Appellee,**

v.

**Jesus TREVINO–CELAYA, also known as Arturo Torres Medina, Appellant.**

No. 02–1137.

United States Court of Appeals, Eighth Circuit.

Submitted May 31, 2002.

Filed June 5, 2002.

June 4, 2002.

**1.** The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.

Before HANSEN, Chief Judge, FAGG, and BEAM, Circuit Judges.

PER CURIAM.

Jesus Trevino–Celaya appeals the sentence imposed by the district court[1] upon remand for resentencing, arguing that the court should have departed downward from the applicable Sentencing Guidelines range. Having thoroughly reviewed the record, we affirm the judgment. *See* U.S.S.G. §§ 5H1.6, 5K2.19; *United States v. King,* 280 F.3d 886, 889 (8th Cir.2002); *United States v. Maldonado,* 242 F.3d 1, 4–5 (1st Cir.2001).